IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| HTA MEDICAL PORTFOLIO 2, LLC, § § § <br> Plaintiff, § § <br> v. § Civil Action No. 7:13-cv-00136-O § <br> DANNY BARTEL, M.D. et al, § § § <br> Defendants. § § | |

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION FOR CHARGING ORDER

The United States Magistrate Judge made a report and recommendation in this case. *See* ECF No. 122. No objections were filed. The District Court reviewed the proposed report and recommendation de novo. *See World Fuel Servs. Corp. v. Moorehead*, 229 F. Supp. 2d 584, 585–86 (N.D. Tex. 2002) (Lindsay, J.). Accordingly, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge. The Court **ORDERS** as follows:

1. Plaintiff HTA Medical Portfolio 2, LLC ("HTA") is entitled to an order charging the interest, if any, of judgment debtor Sanjoy Sundaresan, M.D. ("Sundaresan") in Stargazer Investments, Ltd. ("Stargazer") for the amounts owed under the Final Judgment entered in this case on June 19, 2015. Sundaresan's interest in Stargazer, if any, is hereby charged in favor of HTA in the amount of the outstanding, unpaid sum of $1,128,678.68, plus the amount of post-judgment interest accruing on the unpaid principal of the Final Judgment until paid;

      2. Stargazer must pay directly to HTA c/o Buffey E. Klein, Husch Blackwell LLP, 2001 Ross Avenue, Suite 2000, Dallas, Texas 75201, all present and future distributions, credits, drawings, or payments which would have been paid to Sundaresan or otherwise transferred into a bank account held by Sundaresan, individually, or with any other person, to which Sundaresan would otherwise be entitled in respect to his partnership interest in Stargazer.

      **SO ORDERED** on this **13th day** of **October, 2016.**

      _____
      Reed O'Connor
      **UNITED STATES DISTRICT JUDGE**